**CIBRO PETROLEUM PRODUCTS, INC., Plaintiff/Appellee,**

v.

**SOHIO ALASKA PETROLEUM CO., Defendant/Appellant.**

No. 2–47.

Temporary Emergency Court of Appeals.

July 10, 1986.

Rehearing and Rehearing En Banc Denied Aug. 20, 1986.

Daniel Joseph, Warren E. Connelly, C. Fairly Spillman, Akin, Gump, Strauss, Hauer & Feld, Washington, D.C., Harry Neal Conolly, Hesson, Ford, Sherwood & Whalen, Albany, N.Y., for defendant/appellant Sohio Alaska Petroleum Co.

William W. Scott, John B. Williams, Collier, Shannon, Rill & Scott, Washington, D.C., David F. Kunz, DeGraff, Foy, Conway, Holt-Harris & Mealey, Albany, N.Y., for plaintiff/appellee Cibro Petroleum Products, Inc.

Before HOFFMAN, BONSAL and WEIGEL, Judges.

PER CURIAM:

The Court hereby affirms the judgment of the district court as reported at 602 F.Supp. 1520 (N.D.N.Y.1985). We adopt its well-reasoned opinion as our own.

The judgment of the district court is

*Affirmed.*